**United States Bankruptcy Court**
**Western District of Virginia**
**Harrisonburg Division**

In re:   ROBERT EDWARD WITT JR

        Debtor.

Case No.   18-51025

3115 Morris Mill Road
Staunton, VA 24401

xxx-xx-1942

Chapter 13

## NOTICE OF OBJECTION TO CLAIM

**Robert Edward Witt, Jr.** has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before **July 1, 2019**, you or your lawyer must:

File with the court a written response to the objection, explaining your position, at:

    116 N. Main Street, Room 223
    Harrisonburg, VA 22802

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also send a copy to: David Wright, Cox Law Group, PLLC, 900 Lakeside Drive, Lynchburg VA 24501

Attend the hearing on the objection, scheduled to be held on July 17, 2019, at 9:30 a.m. in Courtroom, US Courthouse, 116 N. Main Street, Harrisonburg, VA 22802.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Date: 05/28/19

Signature: /s/ David Wright
David Wright, Counsel for Debtor
Cox Law Group, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
dave@coxlawgroup.com
434-845-2600

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| In re: | ROBERT EDWARD WITT, JR. | CHAPTER 13 |
| --- | --- | --- |
| | Debtor | CASE NO. 18-51025 |

**OBJECTION TO CLAIM(S)**

The undersigned movant objects to the following claims for the reasons stated:

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT | AMOUNT | OBJECTIONS |
| --- | --- | --- | --- |
| 2 | Partners for Payment Relief DE II, LLC<br>Atten: Anthony Sottile, Authorized Agent for Creditor<br>920 Cassatt Road, Suite 120<br>Berwyn, PA 19312<br><br>Partners for Payment Relief DE II, LLC<br>c/o Sottile and Barile, LLC<br>Atten: Anthony Sottile, Authorized Agent for Creditor<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140 | $54,430.75 | Debtor ask for disallowance of this claim in its entirety. This claim was discharged on 08/10/10 in a prior bankruptcy case # 10-50728 filed in the Western District of Virginia on 04/30/10. The claim at the time was owned by GMAC and later transferred to Partners for Payment Relief DE II, LLC. Debtor ask disallowance of claim in full. |

WHEREFORE, the undersigned prays that the Court, after notice and an opportunity for hearing, sustain the objection(s) or make other determination as is appropriate.

DATED:   05/28/19                                                                                                       /s/ David Wright
                                                                                                        900 Lakeside Drive, Lynchburg, VA 24501
-----------------------------------------------------------------------------------------------------------------------------------------------------------

I hereby certify that I have served on the claimant by first-class mail to the person most recently designated on the claimant's original or amended proof of claim as the person to receive notices, at the address so indicated; and (i) if the objection is to a claim of the United States, or any of its officers or agencies, in the manner provided for service of a summons and complaint by Rule 7004(b)(4) or (5); or (ii) if the objection is to a claim of an insured depository institution, in the manner provide by Rule 7004(h).

DATED:   05/28/19                                                                                                       /s/ David Wright
                                                                                                        MOVANT

Clerk, U.S. Bankruptcy Court
1101 Court St., Room 166, Lynchburg, VA   24504
(434) 845-0317

ochnl.frm (rev 12/17)